UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DOMINICK LAVAR DANIELS     CIVIL ACTION NO. 15-cv-1208

VERSUS     JUDGE HICKS

RICKY HOLDEN, ET AL     MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of January, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE